UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SHELBY V. FRATELLO and RYNE M. SEETO,

        Plaintiffs,

    v.

DAN WILDE, et. al.,

        Defendants.

Case No.  2:25-cv-01606-APG-EJY

**ORDER**

A review of the docket in this matter shows mail recently sent to each of the Plaintiffs was returned undeliverable.  ECF Nos. 82, 83, 84.  Plaintiffs, who are appearing *pro se*, must maintain a current address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1.  The Rule states that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  LR IA 3-1.

Since the outset of this case, mail sent to Plaintiff Shelby V. Fratello has been returned undeliverable (ECF Nos. 23, 29, 38, 39, 59, 60).  This has remained true even after she filed a Notice of Change of Address (ECF No. 74).  ECF Nos. 83, 84.  With respect to Plaintiff Ryne M. Seeto, this is the first instance mail has been returned undelivered.  ECF No. 82.

It is clear from the docket that Plaintiffs are active in this case despite the returned mail.  Even so, the local rules clearly require *pro se* Plaintiffs to maintain an accurate mailing address and promptly notify the Court of any changes to the same.  LR IA 3-1.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs Shelby V. Fratello and Ryne M. Seeto **must** file updated addresses with the Court no later than **July 23, 2026**.

1

IT IS FURTHER ORDERED that failure to comply with the terms of this Order may result in a recommendation to dismiss this matter.

DATED this 23rd day of June, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE